UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISA MAIORANO,

                     Plaintiff,              22 **CIVIL** 4716 (SDA)

      -v-                                       **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 3, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and issuance of a new decision.

**Dated:**  New York, New York
           January 3, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                         **BY:**    K. Mango

                                                      _____
                                                       **Deputy Clerk**